FILED

4:35 pm, 2/11/26

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRUNEL IGOR NTWARI, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:26-cv-00048-ABJ |
| UNITED STATES IMMIGRATION and CUSTOMS ENFORCMENT, Denver Field Office. | ) |
| Respondents. | ) |

## ORDER LIFTING RESTRICTIONS ON PETITIONER'S TRANSFER

This matter is before the Court on the *Respondent's Emergency Motion to Lift Restrictions on Petitioner's Transfer*, filed on February 11, 2026. The Court has reviewed the motion, is fully informed in the premises, and finds good cause exists to grant the motion.

The Court recognizes that Petitioner Ntwari was transferred from the District of Wyoming on January 29, 2026, which occurred several days prior to the issuance of this Court's Order instructing the United States not to transfer Petitioner on February 10, 2026. Therefore, given that Petitioner is no longer in the District of Wyoming, IT IS ORDERED that *Respondent's Emergency Motion to Lift Restrictions on Petitioner's Transfer* is **GRANTED**.

Dated this 11th day of February 2026.

HON. ALAN B. JOHNSON
United States District Judge